# Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | Aquafortis |
| 2 | bi lijia147258 |
| 3 | ClickMobile |
| 4 | Colorful Happy |
| 5 | dfgf~535 |
| 6 | Discover material |
| 7 | Forever Socks |
| 8 | Fushengnan135 |
| 9 | gaoyunan1232 |
| 10 | genessis |
| 11 | gfl~66677 |
| 12 | Guoop |
| 13 | huziyao45 |
| 14 | IBARRA JAMES SELLS |
| 15 | ileMao13 |
| 16 | import virginia |
| 17 | iuov215y0ap3pi03 |
| 18 | jackysiu |
| 19 | Jesusuuuu |
| 20 | jhjjkl~68 |
| 21 | jkj~6567 |
| 22 | lanzhongmi15623563 |
| 23 | lijunyan0423 |
| 24 | liqiao1684 |
| 25 | lisufen5567 |
| 26 | LiuPei2866455 |
| 27 | liuzeyu0519 |
| 28 | lyxjyx |
| 29 | Maeshpp |
| 30 | mameiling191106 |
| 31 | mayan811 |
| 32 | Miguelcuenta |
| 33 | MMNNBB |
| 34 | Mrs.Han |
| 35 | mruye3 |
| 36 | Nathoy Pants |
| 37 | Net-working |
| 38 | nini8469008 |
| 39 | NitroStars |
| 40 | niyuling1357 |

## Schedule A

| | |
|---|---|
| 41 | nquREgk24 |
| 42 | qinll |
| 43 | Radiant-sunshine |
| 44 | Resnai42 |
| 45 | rongjingjing |
| 46 | rxyCarr |
| 47 | Sapinstshop |
| 48 | sdnajxun |
| 49 | shabee3452 |
| 50 | shenjimei205501 |
| 51 | shilei0622 |
| 52 | Shop Online LZD |
| 53 | since1872 |
| 54 | siuekjjknfe |
| 55 | small hag |
| 56 | songziyi16825 |
| 57 | tanw |
| 58 | tanxiongjiao701 |
| 59 | Televisortop |
| 60 | Tenet Clean |
| 61 | tengguiying66589 |
| 62 | TVonline |
| 63 | uzuio9 |
| 64 | Vieccistop |
| 65 | Wang Xiangyu-Terry 352 |
| 66 | wangmingzhena |
| 67 | wngqianwen |
| 68 | xiaorana |
| 69 | Xiguasha More zitan yougou |
| 70 | xiongwenwu |
| 71 | xm2020 |
| 72 | ying-12032962 |
| 73 | yique07733 |
| 74 | youyun11530 |
| 75 | yuanfang123456 |
| 76 | yuanfenxie00 |
| 77 | yufeile |
| 78 | Yuthreen Golden |
| 79 | zhangbaishuai5018 |
| 80 | zhangjiaming Store |
| 81 | zhangjinsuo720925 |

# Schedule A

| | |
|---|---|
| 82 | zhaoqing Store |
| 83 | zhenqiuyupao |
| 84 | zhongxiaomei |
| 85 | zhoutiancheng3314 |
| 86 | ZYX258 |
| 87 | 6GGVO9YUT |
| 88 | Aehthere bibs |
| 89 | ajue72 |
| 90 | AlidaStore |
| 91 | Ambrosia Owen |
| 92 | an11gwayash |
| 93 | Andrew Spinks |
| 94 | AnnaBo |
| 95 | Beaut-Pavilion |
| 96 | becrngyun |
| 97 | chaxiaoyan0344963589 |
| 98 | chengzhen666 |
| 99 | Chenlili789 |
| 100 | chuiyingpanjiu |
| 101 | chungnguyen |
| 102 | chuxiaofeng1699 |
| 103 | Dabchick |
| 104 | delicacyJin |
| 105 | Design For Worldwide |
| 106 | dfhdajg |
| 107 | dfwrsthyjtd |
| 108 | duaoxion |
| 109 | duhuimin88866 |
| 110 | Edwin Morales66 |
| 111 | edxtech |
| 112 | eila0pha |
| 113 | Envy Iteri |
| 114 | ewrfd |
| 115 | Fashingming99 |
| 116 | gaosiying Store |
| 117 | gsdeqr online store |
| 118 | gugu558 |
| 119 | guohongliang 00856 |
| 120 | hanjiahui1411 |
| 121 | hejinhuaer |
| 122 | helin1993 |

# Schedule A

| | |
|---|---|
| 123 | hlei5586 |
| 124 | hokjuh Friday |
| 125 | huangxianhui66058 |
| 126 | hufuyong3648 |
| 127 | In-Moon.Light |
| 128 | Javimarket1988 |
| 129 | JINGYUnyun88 |
| 130 | Joyce Bray |
| 131 | K-Mild |
| 132 | LaiyanciqE |
| 133 | lansitute |
| 134 | lihaixia0987 |
| 135 | lihui3297 |
| 136 | lijiawei4628 |
| 137 | liping870624 |
| 138 | liujianghuai123 |
| 139 | liuping72963 |
| 140 | Lixiumei1314 |
| 141 | liyaolong13 |
| 142 | luv luv meow |
| 143 | maccc |
| 144 | maxiaobin464848 |
| 145 | minzustyle |
| 146 | molili61018 |
| 147 | naishikuan138792489 |
| 148 | omyg |
| 149 | ouyongfeng8899 |
| 150 | PerInterest Store |
| 151 | piprintondemand |
| 152 | Q ZLP EZS |
| 153 | qu15967 |
| 154 | RedBuffaloShop |
| 155 | RitaBanfielde |
| 156 | SDGEGWW |
| 157 | shiyan55667 |
| 158 | Showing goodgood shop |
| 159 | SHruiruir |
| 160 | Silver-eared Mesia |
| 161 | Skgnsodkafspfdpfodfkdhh33 |
| 162 | smaloadbixwj |
| 163 | Sueyiseny baby's |

## Schedule A

| 164 | surprise ping |
|-----|---------------|
| 165 | surprise shi |
| 166 | tangyanqiong21 |
| 167 | Ternechel |
| 168 | The other shore flower |
| 169 | Tina. Webb |
| 170 | tt8t8t8 |
| 171 | tuyruwuhe |
| 172 | Usefully |
| 173 | Venbin Wutong |
| 174 | wall canvas |
| 175 | wangqiushan123 |
| 176 | wasfa |
| 177 | weian fashion |
| 178 | Weiteifoumi Gifts |
| 179 | wenlonghui666 |
| 180 | wfh24 |
| 181 | wnkjdhiyhfi |
| 182 | wuyglsdf25 |
| 183 | xjrbfd shopping |
| 184 | xuqingchu fashoin |
| 185 | xuyyiyi |
| 186 | y6y8h8 |
| 187 | yaomingfan |
| 188 | YIJIN42 |
| 189 | YIJIN43 |
| 190 | Yinfomathsmede |
| 191 | yinjianing1 |
| 192 | YJUDTKTUKYA |
| 193 | yubaoshui886 |
| 194 | yueliuzhiqiu |
| 195 | yujingqi6332 |
| 196 | yuqiang668 |
| 197 | yuxingxue54648 |
| 198 | yydyydyideyi |
| 199 | YYYTT9T9 |
| 200 | Zabrina Robinson |
| 201 | ZenithY |
| 202 | zhangchangbin |
| 203 | zhangfengqi123456 |
| 204 | zhanghaiqiang15 |

# Schedule A

| 205 | zhangleilei163 |
|---|---|
| 206 | zhangliyun1953 |
| 207 | zhangmei5636956 |
| 208 | zhangsan0806 |
| 209 | zhanyongxue23 |
| 210 | zhaohuaizhi464576 |
| 211 | zhengyunyun0912 |
| 212 | Zhuhai Haobo Trading Company |
| 213 | ZIHANGTXfs0002 |
| 214 | ZLYSHOP |

| No. | Defendants Online Marketplace |
|---|---|
| 1 | https://www.wish.com/merchant/5fb1ee8cf87feb8e68abe11f |
| 2 | https://www.wish.com/merchant/604438a0cdfba15c8dcbba24 |
| 3 | https://www.wish.com/merchant/5e066fc0bf9bf81ac0ae0565 |
| 4 | https://www.wish.com/merchant/56e7f6433a698c345ba0e842 |
| 5 | https://www.wish.com/merchant/5de727d971a1940cf2ed6a8f |
| 6 | https://www.wish.com/merchant/5fd9a8525cea19074884c0e5 |
| 7 | https://www.wish.com/merchant/5b62745fd90f991ac1739586 |
| 8 | https://www.wish.com/merchant/5fed5c6a06f9c23c49a4657c |
| 9 | https://www.wish.com/merchant/5fcd95aa8540d178e91e6540 |
| 10 | https://www.wish.com/merchant/5de2d0f8a0f2028712006010 |
| 11 | https://www.wish.com/merchant/5de2310b84f1846ad1bfccc6 |
| 12 | https://www.wish.com/merchant/5fdc2fbffa3b425394a84588 |
| 13 | https://www.wish.com/merchant/5fcd91b5f7d19b0cda4d7969 |
| 14 | https://www.wish.com/merchant/5f900080bf16037e0e213b12 |
| 15 | https://www.wish.com/merchant/5f74c70009237cef34ba7751 |
| 16 | https://www.wish.com/merchant/5fdc1e1056d29d1910e94fbb |
| 17 | https://www.wish.com/merchant/5d99a478c095e112f99988a0 |
| 18 | https://www.wish.com/merchant/5fa6b72cef2757e36fca7915 |
| 19 | https://www.wish.com/merchant/5e1715fdbdcd8a1a7df2bcfe |
| 20 | https://www.wish.com/merchant/5de5eee529e7865f10dd6c1f |
| 21 | https://www.wish.com/merchant/5ddcc17cbf9d482e70dfe8c7 |
| 22 | https://www.wish.com/merchant/5f880656640565e715dec1b0 |
| 23 | https://www.wish.com/merchant/5f27ad2ebc7b67003f7fb4a7 |
| 24 | https://www.wish.com/merchant/5d96f9e052e02404892baf3e |
| 25 | https://www.wish.com/merchant/6039b218b5ad5302fa98be85 |
| 26 | https://www.wish.com/merchant/5fec6db325e860c813a39219 |
| 27 | https://www.wish.com/merchant/5fa397595df040003c3ad2cf |
| 28 | https://www.wish.com/merchant/58b7b0933d504e17467bc4d0 |

# Schedule A

| | |
|---|---|
| 29 | https://www.wish.com/merchant/5fdb87c8ec96e5112be61779 |
| 30 | https://www.wish.com/merchant/60519b944452324a1719c0d2 |
| 31 | https://www.wish.com/merchant/58c75b8ee0f9aa0ae05e4a63 |
| 32 | https://www.wish.com/merchant/5e082e77a5775355c70361a8 |
| 33 | https://www.wish.com/merchant/5e5f7446d6f61c1c437a5228 |
| 34 | https://www.wish.com/merchant/5dae5509881ca7024349cc83 |
| 35 | https://www.wish.com/merchant/5e9be5afa677773c47eccd29 |
| 36 | https://www.wish.com/merchant/5e6860af18426d3d24b9b9b9 |
| 37 | https://www.wish.com/merchant/56557255f1afbb14c4369cce |
| 38 | https://www.wish.com/merchant/5fc5dbcf66a990026241f139 |
| 39 | https://www.wish.com/merchant/5dfe926019c6aa2a00cd4520 |
| 40 | https://www.wish.com/merchant/5fec0c184f20fc4372a81a19 |
| 41 | https://www.wish.com/merchant/5d6b1fc24adcfd463579c7b0 |
| 42 | https://www.wish.com/merchant/59bf8010ae228e068e472c25 |
| 43 | https://www.wish.com/merchant/570b779ee902df58f648d446 |
| 44 | https://www.wish.com/merchant/5de03f0412af061f81feca56 |
| 45 | https://www.wish.com/merchant/5e60d38ccdcece6a80840f44 |
| 46 | https://www.wish.com/merchant/5ebe3c085911ea0a98270be1 |
| 47 | https://www.wish.com/merchant/5fdb7d35aae4caf66bd4ef2c |
| 48 | https://www.wish.com/merchant/5e64e8b710b83560fec597cc |
| 49 | https://www.wish.com/merchant/5e9d3e45a67777b5e0eca7df |
| 50 | https://www.wish.com/merchant/5f42358ac8e8b008b977a70d |
| 51 | https://www.wish.com/merchant/5f0e60aa29e78642c4942514 |
| 52 | https://www.wish.com/merchant/5e05b36a2389e30321f22ad5 |
| 53 | https://www.wish.com/merchant/59b3611a2382706c1d16707f |
| 54 | https://www.wish.com/merchant/5e672ecd3cce5a5589f6ff5b |
| 55 | https://www.wish.com/merchant/5d50216a1527547a4ead4fdf |
| 56 | https://www.wish.com/merchant/6051988b77a46103591770da |
| 57 | https://www.wish.com/merchant/59ce0e629bb61c74083eddec |
| 58 | https://www.wish.com/merchant/5e785b3b53f8c680801f4e16 |
| 59 | https://www.wish.com/merchant/5fdc30d2b526a95890cb884f |
| 60 | https://www.wish.com/merchant/5fd1bd80ddca670052faaeba |
| 61 | https://www.wish.com/merchant/5f1f921929e7865dc197304d |
| 62 | https://www.wish.com/merchant/5defb65afcf2011368e5ddfb |
| 63 | https://www.wish.com/merchant/5e8a990f99a1f9bf40d7a1dc |
| 64 | https://www.wish.com/merchant/5fdbacc86ae0e6292fd06a48 |
| 65 | https://www.wish.com/merchant/5ebe3dacc619164d995020fb |
| 66 | https://www.wish.com/merchant/5e68c01ea1f2af8fad2ebfb0 |
| 67 | https://www.wish.com/merchant/5e6069abd0e9af26801572ec |
| 68 | https://www.wish.com/merchant/5deb12de3840d004b1ddcd76 |
| 69 | https://www.wish.com/merchant/5e61fc74240c9209ad46571a |

# Schedule A

| 70 | https://www.wish.com/merchant/58c794c8e11cf251167b7a57 |
|---|---|
| 71 | https://www.wish.com/merchant/5f5dd3e4002f7c1b759f3496 |
| 72 | https://www.wish.com/merchant/5da961f4ef493701301c2585 |
| 73 | https://www.wish.com/merchant/5d985c0d52e02415ccb2d8ba |
| 74 | https://www.wish.com/merchant/5e78717372b032570012b980 |
| 75 | https://www.wish.com/merchant/5f0d8ad43d051a003d2b4b2b |
| 76 | https://www.wish.com/merchant/5e7048c17e53213d82bdfb7a |
| 77 | https://www.wish.com/merchant/5e65f66829e7863b0009e354 |
| 78 | https://www.wish.com/merchant/5e66f2de5890241cee13f902 |
| 79 | https://www.wish.com/merchant/5ffbb8f4233e6f0eb01d3fd3 |
| 80 | https://www.wish.com/merchant/5f7d7a5e758868b1e0ed77c4 |
| 81 | https://www.wish.com/merchant/5e6769f729e7861812176d85 |
| 82 | https://www.wish.com/merchant/5f8906a3d779a800483f836b |
| 83 | https://www.wish.com/merchant/5e6338c91c32cb3a0111a029 |
| 84 | https://www.wish.com/merchant/59dd91150a332a4ac200c1c4 |
| 85 | https://www.wish.com/merchant/5ffbe48384f212763867f408 |
| 86 | https://www.wish.com/merchant/5ebe3f0810c35c12408dc54c |
| 87 | https://www.wish.com/merchant/5e83cb7a29e7863aeafb5da6 |
| 88 | https://www.wish.com/merchant/5f03edb9746db95cfa6d35ba |
| 89 | https://www.wish.com/merchant/5e8eac0ab63f824ef7d5c3ac |
| 90 | https://www.wish.com/merchant/5fd41803c441300048d2c7e2 |
| 91 | https://www.wish.com/merchant/5e86e1fed9c52da514c6aefa |
| 92 | https://www.wish.com/merchant/5e8ea05ba660a6455547c551 |
| 93 | https://www.wish.com/merchant/5e89c76099a1f956e9d44fb4 |
| 94 | https://www.wish.com/merchant/5e67596348763f586cd5a8d3 |
| 95 | https://www.wish.com/merchant/58c118bd883c165053885472 |
| 96 | https://www.wish.com/merchant/5e9a8b222aad6ecce9e47ac0 |
| 97 | https://www.wish.com/merchant/600130cc607b0a0503ae356e |
| 98 | https://www.wish.com/merchant/5f8a728bd74d3fc3a05b29c0 |
| 99 | https://www.wish.com/merchant/60001c8fc14d09918a89abfe |
| 100 | https://www.wish.com/merchant/5e649b9710b8352cadc59840 |
| 101 | https://www.wish.com/merchant/5fb35a25a6ccb63b9dd73e60 |
| 102 | https://www.wish.com/merchant/5f902e828e4f02586f354f3a |
| 103 | https://www.wish.com/merchant/5fcc8c4e91d2e59afa76135b |
| 104 | https://www.wish.com/merchant/59788b6de2bfde564a8b7745 |
| 105 | https://www.wish.com/merchant/5f06e4411eeda024eed230ec |
| 106 | https://www.wish.com/merchant/5dd39ac4a264fd6a80d27968 |
| 107 | https://www.wish.com/merchant/5dc26c2329e7866256cdbabd |
| 108 | https://www.wish.com/merchant/5fffd2066f09c73a0a7060b1 |
| 109 | https://www.wish.com/merchant/5f51d7f32b37222b9adeeaf1 |
| 110 | https://www.wish.com/merchant/5f536caf7e6d44efb311c31c |

# Schedule A

| | |
|---|---|
| 111 | https://www.wish.com/merchant/5f9aebacb8020fb9667f0ec3 |
| 112 | https://www.wish.com/merchant/5f76acf573eb9a5de719aa77 |
| 113 | https://www.wish.com/merchant/5fab0d249d1597460cad170b |
| 114 | https://www.wish.com/merchant/5e969d69942cd42d233e6b86 |
| 115 | https://www.wish.com/merchant/5b8cd7b5af279f090c36714a |
| 116 | https://www.wish.com/merchant/5f8919d14b99ad5c51cc6784 |
| 117 | https://www.wish.com/merchant/541c5de5f8abc81510bc0ac8 |
| 118 | https://www.wish.com/merchant/5d5a5f212736783fce177f3e |
| 119 | https://www.wish.com/merchant/5ffd32355a5491427fc4849f |
| 120 | https://www.wish.com/merchant/5ffd19c93f7d1425cb66158f |
| 121 | https://www.wish.com/merchant/5fcdbd9f1efa44818a538ace |
| 122 | https://www.wish.com/merchant/5f90edd7120e7bfd1ec1489e |
| 123 | https://www.wish.com/merchant/5d5f7caabd01a858e939ba3d |
| 124 | https://www.wish.com/merchant/541eba8882b9ac03b343ab22 |
| 125 | https://www.wish.com/merchant/5e71ae5929e786658094b737 |
| 126 | https://www.wish.com/merchant/5f82b24994ffba03f38ea994 |
| 127 | https://www.wish.com/merchant/563998f3efa7170fe32ec3e6 |
| 128 | https://www.wish.com/merchant/5ded9f85e2a53a618ca1aa85 |
| 129 | https://www.wish.com/merchant/5fcf185a1326ea07af1a71c0 |
| 130 | https://www.wish.com/merchant/5fc8469de74ab3f85419d8a5 |
| 131 | https://www.wish.com/merchant/5ff5ca506fb1f4d5c07d6fd6 |
| 132 | https://www.wish.com/merchant/5e6dee4d4f42104a9767c3a8 |
| 133 | https://www.wish.com/merchant/593cc678c25081119100d2f5 |
| 134 | https://www.wish.com/merchant/5ffd4af97a50a05d0442c704 |
| 135 | https://www.wish.com/merchant/5fbb25b5b1d7bb6e4dac76be |
| 136 | https://www.wish.com/merchant/5ffd30da6dd2f9412ae3f60f |
| 137 | https://www.wish.com/merchant/5f1fb2045b1afe00518df18b |
| 138 | https://www.wish.com/merchant/5ffbddd194876e657864040c |
| 139 | https://www.wish.com/merchant/5fa8cb86f9a0a23db723ff76 |
| 140 | https://www.wish.com/merchant/5f7c07dee314d89cde01b7ad |
| 141 | https://www.wish.com/merchant/5f8aae898a7adeadc5de3222 |
| 142 | https://www.wish.com/merchant/602e099281f69a45a9bca9a2 |
| 143 | https://www.wish.com/merchant/5ffea615fa9415150cb997db |
| 144 | https://www.wish.com/merchant/5faa1d3840fcee4077d93ba8 |
| 145 | https://www.wish.com/merchant/58f2cb4a79cc7d118c5ee97e |
| 146 | https://www.wish.com/merchant/5f8ec3f306860dede9488e85 |
| 147 | https://www.wish.com/merchant/6001465f383b3d2129469f46 |
| 148 | https://www.wish.com/merchant/5f3c9e0e5d39de6847ec6318 |
| 149 | https://www.wish.com/merchant/5ff12b5a695fde2652447703 |
| 150 | https://www.wish.com/merchant/58ad6bdee5177c50765bccb3 |
| 151 | https://www.wish.com/merchant/5f06cf8f3b1507d92da3a5c9 |

# Schedule A

| | |
|---|---|
| 152 | https://www.wish.com/merchant/5e5c6fc329e78604006ca07c |
| 153 | https://www.wish.com/merchant/5e68a7a301cbd000456df1c0 |
| 154 | https://www.wish.com/merchant/5fbe2d0d3d0947433b3006b9 |
| 155 | https://www.wish.com/merchant/5e62574275e6d763603a2ebd |
| 156 | https://www.wish.com/merchant/5513d7818e8def1e2eac3df0 |
| 157 | https://www.wish.com/merchant/5e60f76da6757d5303430320 |
| 158 | https://www.wish.com/merchant/5cc2b2e8ac2ed46a41ab6eb0 |
| 159 | https://www.wish.com/merchant/5acb433215511a7e8f8c593d |
| 160 | https://www.wish.com/merchant/5d9ad07a52e0240ee9b2d2fb |
| 161 | https://www.wish.com/merchant/5eb0d56148ccf14e77e45a37 |
| 162 | https://www.wish.com/merchant/5e952440747bdd11c719d9cd |
| 163 | https://www.wish.com/merchant/5eb39db745c5d71ec0fd9cf4 |
| 164 | https://www.wish.com/merchant/5d55299941ed515820cd5ccc |
| 165 | https://www.wish.com/merchant/5d5793c533f0b43632be94fb |
| 166 | https://www.wish.com/merchant/5f8a95888b991bc34108865d |
| 167 | https://www.wish.com/merchant/5e6bb16489881ac99c537fe7 |
| 168 | https://www.wish.com/merchant/585ad6c00d44636464551c59 |
| 169 | https://www.wish.com/merchant/5f5468e0357093ceaa42bf0c |
| 170 | https://www.wish.com/merchant/5e91cdc929e7863440860e63 |
| 171 | https://www.wish.com/merchant/5e9956215b1d0803503505e5 |
| 172 | https://www.wish.com/merchant/5688cf39ae71c126ccac9f4f |
| 173 | https://www.wish.com/merchant/5e6714cd589024380113f5fa |
| 174 | https://www.wish.com/merchant/5b6fbfa3f2854a3ff9730622 |
| 175 | https://www.wish.com/merchant/5f6431771739ed9422baa487 |
| 176 | https://www.wish.com/merchant/5e844bc0b3e30a7e77786779 |
| 177 | https://www.wish.com/merchant/541c43fd82b9ac28ba504b83 |
| 178 | https://www.wish.com/merchant/5ea674cf2ae5e328d206f9ce |
| 179 | https://www.wish.com/merchant/5e74cce4ae32667a9e71c421 |
| 180 | https://www.wish.com/merchant/5e69d848d8fefc58d261b81e |
| 181 | https://www.wish.com/merchant/5f5dd4a83eb0646193599cac |
| 182 | https://www.wish.com/merchant/5f05a47ab9f4b1bc66af3b9d |
| 183 | https://www.wish.com/merchant/541c4cc44ad3ab14b043320a |
| 184 | https://www.wish.com/merchant/541256b04ad3ab15860f7272 |
| 185 | https://www.wish.com/merchant/5e688961c6a6e62443bf26f9 |
| 186 | https://www.wish.com/merchant/5db39f84f933280703b611c6 |
| 187 | https://www.wish.com/merchant/5e5f14ee3473452707da5141 |
| 188 | https://www.wish.com/merchant/5d67a8cf4adcfd635ab23812 |
| 189 | https://www.wish.com/merchant/5d67ac0471196458c0cf77ee |
| 190 | https://www.wish.com/merchant/5e6751f648763f0b00d6a562 |
| 191 | https://www.wish.com/merchant/5ffd44f43f8094545ea356a9 |
| 192 | https://www.wish.com/merchant/5ddf5ec3801ecf8ae238b6e1 |

# Schedule A

| 193 | https://www.wish.com/merchant/5f1e6738f9cc7b7a25eb1d1e |
|-----|--------------------------------------------------------|
| 194 | https://www.wish.com/merchant/5e69d6b729e7865c043b569e |
| 195 | https://www.wish.com/merchant/6004f635e40e88128829ce72 |
| 196 | https://www.wish.com/merchant/5fffcb560954472e0a17ec0f |
| 197 | https://www.wish.com/merchant/5f8fbc6a5f29722f74d273e1 |
| 198 | https://www.wish.com/merchant/59f813eb37f9f80ed348ea64 |
| 199 | https://www.wish.com/merchant/5e9b063da677779d63eac385 |
| 200 | https://www.wish.com/merchant/5eda69241817e5df82011699 |
| 201 | https://www.wish.com/merchant/5fb0e6463852e8b2f5fdc655 |
| 202 | https://www.wish.com/merchant/5ffbfeb984f212935267faf2 |
| 203 | https://www.wish.com/merchant/5ff7e25f03a91d243e0fe35d |
| 204 | https://www.wish.com/merchant/5ff7d98752ec2a16a91980de |
| 205 | https://www.wish.com/merchant/5e67257a3cce5a1502f7de33 |
| 206 | https://www.wish.com/merchant/5ff40c0cbe2eb530c68f9f15 |
| 207 | https://www.wish.com/merchant/5f683b31026deec31e404015 |
| 208 | https://www.wish.com/merchant/5ec73b5fda0b531ce71dd6a1 |
| 209 | https://www.wish.com/merchant/5ffbfad4d448c31cf214bb00 |
| 210 | https://www.wish.com/merchant/5ffbd8a900d57e6cc8813f22 |
| 211 | https://www.wish.com/merchant/5ffbe5dfcabb51033c31a248 |
| 212 | https://www.wish.com/merchant/5579b23abaa01a19ea8aa731 |
| 213 | https://www.wish.com/merchant/5fc7219f46cdec003eee4efd |
| 214 | https://www.wish.com/merchant/59dc6d5715da0752390f2de5 |