IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>　　　Defendants. | Case No.: 21-cv-5592<br><br>Judge Manish S. Shah |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on THOSE CHARACTERS FROM CLEVELAND, LLC's Motion for a Preliminary Injunction, and this Court having considered the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction against the Defendants identified in Schedule A attached hereto (collectively, the "Defendants").

THIS COURT HEREBY FINDS, in the absence of adversarial presentation, that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can purchase products bearing infringing and/or counterfeit versions of Plaintiff's CARE BEARS Trademarks and Copyrights (the "CARE BEARS Products").

1

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has made a *prima facie* showing of trademark and copyright infringement because (1) the CARE BEARS Trademarks are distinctive marks registered with the U.S. Patent and Trademark Office on the Principal Register as U.S. Trademark Registration Nos. 4,787,519; 5,874,943; 3,336,078; 4,602,800; 1,270,509; 1,773,296; 3,767,824; 1,294,343 and 1,780,477 and copyrighted artwork protected by U.S. Copyright Reg. Nos. VA 1-824-810 and VA 1-982-408 (the "CARE BEARS Trademarks and Copyrights"), (2) Defendants are not licensed or authorized to use the CARE BEARS Trademarks and Copyrights, and (3) Defendants' use of the CARE BEARS Trademarks and Copyrights is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with THOSE CHARACTERS FROM CLEVELAND, LLC. Furthermore, Defendants' continued and unauthorized use of the CARE BEARS Trademarks and Copyrights irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court ORDERS that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be enjoined and restrained from:

   a. using Plaintiff's CARE BEARS Trademarks and Copyrights or any confusingly similar reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine CARE BEARS Product or is not authorized by Plaintiff to be sold in connection with Plaintiff's CARE BEARS Trademarks and Copyrights;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine CARE BEARS Product or other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's CARE BEARS Trademarks and Copyrights;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

   d. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear Plaintiff's CARE BEARS Trademarks

3

        and Copyrights or any confusingly similar reproductions, counterfeit copies or colorable imitations thereof; and

        e.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts or any other online marketplace account that is being used to sell Counterfeit CARE BEARS Products.

2.  Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as iOffer, Context Logic, Inc. ("Wish"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within seven (7) calendar days of receipt of this Order:

    a.  disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the CARE BEARS Trademarks and Copyrights, including any accounts associated with the Defendants listed in Schedule A; and

    b.  disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the CARE BEARS Trademarks and Copyrights.

3.  Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

4.  Wish shall, within seven (7) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Wish accounts connected to the information listed in Schedule A hereto; and

    b. Restrain any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Plaintiff may provide notice of these proceedings to Defendants, including notice of any future hearings and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, or by sending an e-mail to the e-mail addresses identified in Schedule A hereto and any e-mail addresses provided for Defendants by third parties accompanied by a link to the website where the above-identified documents are located. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

6. Plaintiff's Schedule A to the Complaint, the TRO, and all other previously sealed filings are unsealed.

7. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

Dated: December 2, 2021

                                             *[signature]*
                                             The Honorable Manish S. Shah
                                             U.S. District Judge

## SCHEDULE A

| No. | Defendant Name / Alias |
|---|---|
| 1 | Aquafortis |
| 2 | bi lijia147258 |
| 3 | ClickMobile |
| 4 | Colorful Happy |
| 5 | dfgf~535 |
| 6 | Discover material |
| 7 | Forever Socks |
| 8 | Fushengnan135 |
| 9 | gaoyunan1232 |
| 10 | genessis |
| 11 | gfl~66677 |
| 12 | Guoop |
| 13 | huziyao45 |
| 14 | IBARRA JAMES SELLS |
| 15 | ileMao13 |
| 16 | import virginia |
| 17 | iuov215y0ap3pi03 |
| 18 | jackysiu |
| 19 | Jesusuuuu |
| 20 | jhjjkl~68 |
| 21 | jkj~6567 |
| 22 | lanzhongmi15623563 |
| 23 | lijunyan0423 |
| 24 | liqiao1684 |
| 25 | lisufen5567 |
| 26 | LiuPei2866455 |
| 27 | liuzeyu0519 |
| 28 | lyxjyx |
| 29 | Maeshpp |
| 30 | mameiling191106 |
| 31 | mayan811 |
| 32 | Miguelcuenta |
| 33 | MMNNBB |
| 34 | Mrs.Han |
| 35 | mruye3 |
| 36 | Nathoy Pants |
| 37 | Net-working |
| 38 | nini8469008 |

| 39 | NitroStars |
|----|------------|
| 40 | niyuling1357 |
| 41 | nquREgk24 |
| 42 | qinll |
| 43 | Radiant-sunshine |
| 44 | Resnai42 |
| 45 | rongjingjing |
| 46 | rxyCarr |
| 47 | Sapinstshop |
| 48 | sdnajxun |
| 49 | shabee3452 |
| 50 | shenjimei205501 |
| 51 | shilei0622 |
| 52 | Shop Online LZD |
| 53 | since1872 |
| 54 | siuekjjknfe |
| 55 | small hag |
| 56 | songziyi16825 |
| 57 | tanw |
| 58 | tanxiongjiao701 |
| 59 | Televisortop |
| 60 | Tenet Clean |
| 61 | tengguiying66589 |
| 62 | TVonline |
| 63 | uzuio9 |
| 64 | Vieccistop |
| 65 | Wang Xiangyu-Terry 352 |
| 66 | wangmingzhena |
| 67 | wngqianwen |
| 68 | xiaorana |
| 69 | Xiguasha More zitan yougou |
| 70 | xiongwenwu |
| 71 | xm2020 |
| 72 | ying-12032962 |
| 73 | yique07733 |
| 74 | youyun11530 |
| 75 | yuanfang123456 |
| 76 | yuanfenxie00 |
| 77 | yufeile |
| 78 | Yuthreen Golden |
| 79 | zhangbaishuai5018 |

| 80  | zhangjiaming Store |
|-----|--------------------|
| 81  | zhangjinsuo720925 |
| 82  | zhaoqing Store |
| 83  | zhenqiuyupao |
| 84  | zhongxiaomei |
| 85  | zhoutiancheng3314 |
| 86  | ZYX258 |
| 87  | 6GGVO9YUT |
| 88  | Aehthere bibs |
| 89  | ajue72 |
| 90  | AlidaStore |
| 91  | Ambrosia Owen |
| 92  | an11gwayash |
| 93  | Andrew Spinks |
| 94  | AnnaBo |
| 95  | Beaut-Pavilion |
| 96  | becrngyun |
| 97  | chaxiaoyan0344963589 |
| 98  | chengzhen666 |
| 99  | Chenlili789 |
| 100 | chuiyingpanjiu |
| 101 | chungnguyen |
| 102 | chuxiaofeng1699 |
| 103 | Dabchick |
| 104 | delicacyJin |
| 105 | Design For Worldwide |
| 106 | dfhdajg |
| 107 | dfwrsthyjtd |
| 108 | duaoxion |
| 109 | duhuimin88866 |
| 110 | Edwin Morales66 |
| 111 | edxtech |
| 112 | eila0pha |
| 113 | Envy Iteri |
| 114 | ewrfd |
| 115 | Fashingming99 |
| 116 | gaosiying Store |
| 117 | gsdeqr online store |
| 118 | gugu558 |
| 119 | guohongliang 00856 |
| 120 | hanjiahui1411 |

| | |
|---|---|
| 121 | hejinhuaer |
| 122 | helin1993 |
| 123 | hlei5586 |
| 124 | hokjuh Friday |
| 125 | huangxianhui66058 |
| 126 | hufuyong3648 |
| 127 | In-Moon.Light |
| 128 | Javimarket1988 |
| 129 | JINGYUnyun88 |
| 130 | Joyce Bray |
| 131 | K-Mild |
| 132 | LaiyanciqE |
| 133 | lansitute |
| 134 | lihaixia0987 |
| 135 | lihui3297 |
| 136 | lijiawei4628 |
| 137 | liping870624 |
| 138 | liujianghuai123 |
| 139 | liuping72963 |
| 140 | Lixiumei1314 |
| 141 | liyaolong13 |
| 142 | luv luv meow |
| 143 | maccc |
| 144 | maxiaobin464848 |
| 145 | minzustyle |
| 146 | molili61018 |
| 147 | naishikuan138792489 |
| 148 | omyg |
| 149 | ouyongfeng8899 |
| 150 | PerInterest Store |
| 151 | piprintondemand |
| 152 | Q ZLP EZS |
| 153 | qu15967 |
| 154 | RedBuffaloShop |
| 155 | RitaBanfielde |
| 156 | SDGEGWW |
| 157 | shiyan55667 |
| 158 | Showing goodgood shop |
| 159 | SHruiruir |
| 160 | Silver-eared Mesia |
| 161 | Skgnsodkafspfdpfodfkdhh33 |

| | |
|---|---|
| 162 | smaloadbixwj |
| 163 | Sueyiseny baby's |
| 164 | surprise ping |
| 165 | surprise shi |
| 166 | tangyanqiong21 |
| 167 | Ternechel |
| 168 | The other shore flower |
| 169 | Tina. Webb |
| 170 | tt8t8t8 |
| 171 | tuyruwuhe |
| 172 | Usefully |
| 173 | Venbin Wutong |
| 174 | wall canvas |
| 175 | wangqiushan123 |
| 176 | wasfa |
| 177 | weian fashion |
| 178 | Weiteifoumi Gifts |
| 179 | wenlonghui666 |
| 180 | wfh24 |
| 181 | wnkjdhiyhfi |
| 182 | wuyglsdf25 |
| 183 | xjrbfd shopping |
| 184 | xuqingchu fashoin |
| 185 | xuyyiyi |
| 186 | y6y8h8 |
| 187 | yaomingfan |
| 188 | YIJIN42 |
| 189 | YIJIN43 |
| 190 | Yinfomathsmede |
| 191 | yinjianing1 |
| 192 | YJUDTKTUKYA |
| 193 | yubaoshui886 |
| 194 | yueliuzhiqiu |
| 195 | yujingqi6332 |
| 196 | yuqiang668 |
| 197 | yuxingxue54648 |
| 198 | yydyydyideyi |
| 199 | YYYTT9T9 |
| 200 | Zabrina Robinson |
| 201 | ZenithY |
| 202 | zhangchangbin |

| 203 | zhangfengqi123456 |
|-----|-------------------|
| 204 | zhanghaiqiang15 |
| 205 | zhangleilei163 |
| 206 | zhangliyun1953 |
| 207 | zhangmei5636956 |
| 208 | zhangsan0806 |
| 209 | zhanyongxue23 |
| 210 | zhaohuaizhi464576 |
| 211 | zhengyunyun0912 |
| 212 | Zhuhai Haobo Trading Company |
| 213 | ZIHANGTXfs0002 |
| 214 | ZLYSHOP |